**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000524
21-MAY-2018
08:18 AM**

NO. CAAP-16-0000524

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
MORGAN MORTGAGE ACQUISITION TRUST 2006-NC2, ASSET
BACKED PASSTHROUGH CERTIFICATES, SERIES 2006-NC-2,
Plaintiff-Appellee, v. LEONY VALDEZ, Defendant-
Appellant, and NEW CENTURY MORTGAGE CORPORATION,
Defendant-Appellee, and JOHN DOES 1-50; JANE DOES
1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-
50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS
1-50; Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2803)

ORDER APPROVING THE APRIL 27, 2018
STIPULATION TO DISMISS THE APPEAL
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal of
Appeal," filed on April 27, 2018, by Defendant-Appellant Leony
Valdez, and the record, it appears that (1) the appeal was
docketed on July 18, 2016; (2) pursuant to Hawai'i Rules of
Appellate Procedure Rule 42(b), the parties stipulate to dismiss
the appeal, and bear their own costs and attorneys' fees on

appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, May 21, 2018.


Presiding Judge


Associate Judge


Associate Judge